# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **FAYGIE FIELDS, Inmate #N60666,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) ) CIVIL NO. 06-432-WDS |
| **SHELTON FREY,** | ) ) ) |
| **Defendant.** | ) |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous.

Dismissal is without prejudice. Judgment is entered in favor of Defendant and against Plaintiff.

Plaintiff shall take nothing from this action.

February 7, 2007                              By:   **s/ WILLIAM D. STIEHL**
*Date*                                                   *District Judge*